1

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11

12  UNITED STATES OF AMERICA,        )        2:06-cr-00310-HDM-PAL
                                     )        2:12-cv-00851-HDM
13                                   )
            Plaintiff/Respondent,    )
14  vs.                              )        ORDER
                                     )
15  JOSEPH HALL,                     )
                                     )
16                                   )
            Defendant/Petitioner.    )
17  _____ )

18      The government shall file a response to the defendant's 28

19  U.S.C. § 2255 motion on or before October 9, 2012.

20      **IT IS SO ORDERED.**

21      DATED: This 9th day of August, 2012.

22

23                          _Howard D McKibben_
                            _____
24                          UNITED STATES DISTRICT JUDGE

25

26

27

28